Argued June 20, decided July 8, 1913.

OLD MILL DITCH & IRR. CO. *v.* ESTELL.

(133 Pac. 90.)

From Jackson: FRANK M. CALKINS, Judge.

Statement by MR. JUSTICE MCNARY.

This is a suit by the Old Mill Ditch & Irrigation Company, an Oregon corporation, against Barbara E. Estell, to quiet title to an irrigation ditch owned by plaintiff in the northwest quarter of section 4,

township 36 south, range 4 west of the Willamette meridian in Jackson County, Oregon. Defendant asserts a perpetual right to the use of a specified flow of the water therein.                    MODIFIED.

For plaintiff and appellant, *Messrs. Boggs & Wilson* and *Mr. Asa C. Hough* appeared in the Circuit Court.

For plaintiff and appellant on appeal, there was a brief and an oral argument by *Mr. Allen E. Reames.*

For defendant and respondent there was a brief over the names of *Mr. Clarence L. Reames* and *Mr. William M. Colvig,* with an oral argument by *Mr. Reames.*

MR. JUSTICE McNARY delivered the opinion of the court.

The legal questions presented by this appeal are identical with those in the case of the *Old Mill Ditch & Irr. Co.* v. *William Breeding, ante,* p. 581 (133 Pac. 89), in which an opinion has just been rendered.

For the reasons indicated in that case, the decree of the trial court is modified as therein set forth.

                                   MODIFIED.

MR. CHIEF JUSTICE McBRIDE, MR. JUSTICE BEAN and MR. JUSTICE EAKIN concur.